UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------- X
ROBERTO RIVERA,

                  Plaintiff,

                  -against-

RUTH SMITH, M.D., JESS A. BUNSHAFT and
SAINT VINCENT CATHOLIC MEDICAL
CENTERS,

                  Defendants.
---------------------------------------------------- X

Docket No.
07 CV 3246 (BSJ)

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE,** that the above named defendants, **RUTH SMITH, M.D., JESS A. BUNSHAFT** and **SAINT VINCENT CATHOLIC MEDICAL CENTERS**, hereby appear(s) in the above entitled action, and that the undersigned has been retained as attorneys for said defendants. Service of all pleadings, papers and documents required to be served in this action should be served on this party through its counsel at the office and post office address stated below:

        Ricki E. Roer [RER-9393]
        Stacy B. Fischgrund [SBF-3353]
        **WILSON, ELSER, MOSKOWITZ,**
        **EDELMAN & DICKER LLP**
        150 East 42nd Street
        New York City, New York 10017
        Telephone: (212) 490-3000
        Facsimile: (212) 490-3038

Dated:    New York, New York
            June 8, 2007

                                      Respectfully submitted,

                                      **WILSON, ELSER, MOSKOWITZ,**
                                      **EDELMAN & DICKER LLP**

                       By: _____
                               Ricki E. Roer [RER-9393]
                               Stacy B. Fischgrund [SBF-3353]
                               Attorneys for Defendants
                               **RUTH SMITH, M.D., JESS A. BUNSHAFT** and
                               **SAINT VINCENT CATHOLIC MEDICAL**
                               **CENTERS**
                               150 East 42nd Street
                               New York, New York 10017-5639
                               (212) 490-3000
                               File No. 01538.00226

2845329.1