UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ROBERTO RIVERA,

      Plaintiff,

   -against-

RUTH SMITH, M.D., JESS A. BUNSHAFT and
SAINT VINCENT CATHOLIC MEDICAL
CENTERS,

      Defendants.
------------------------------------------------------------ X

Docket No.
07 CV 3246 (BSJ)

**RULE 7.1 STATEMENT**

  Pursuant to Rule 7.1 [formerly Rule 1.9] of the local rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel for **RUTH SMITH, M.D., JESS A. BUNSHAFT** and **SAINT VINCENT CATHOLIC MEDICAL CENTERS** certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, New York
    June 8, 2007

              Respectfully submitted,

              WILSON, ELSER, MOSKOWITZ,
              EDELMAN & DICKER LLP

       By: _____
          Ricki E. Roer [RER-9393]
          Stacy B. Fischgrund [SBF-3353]
          Attorneys for Defendants
          **RUTH SMITH, M.D., JESS A. BUNSHAFT**
          and **SAINT VINCENT CATHOLIC**
          **MEDICAL CENTERS**
          150 East 42nd Street
          New York, New York 10017-5639
          (212) 490-3000
          File No. 01538.00226