UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
:
ROBERTO RIVERA, M.D., :
:
Plaintiff, :  Docket No.
: 07 CV 3246 (BSJ)(AJP)
-against- :
: NOTICE OF APPEARANCE
RUTH E. SMITH, M.D., JESS A. BUNSHAFT, ESQ., :
and SAINT VINCENT'S CATHOLIC MEDICAL :
CENTERS, :
:
Defendants. :
:
------------------------------------------- X

**PLEASE TAKE NOTICE THAT**, Nancy V. Wright, hereby adds her appearance in the above captioned matter as counsel for defendants for **RUTH E. SMITH, M.D., JESS A. BUNSHAFT, ESQ.,** and **ST. VINCENT'S CATHOLIC MEDICAL CENTERS** in the above-captioned matter. Accordingly, copies of all correspondence, notices, pleadings, motions, discovery items or other documents or materials related to the captioned action henceforth shall be served upon and addressed to:

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
150 East 42nd Street
NEW YORK, NEW YORK 10017-5639
(212) 490-3000
(212) 490-3038 (fax)
Attn: Ricki E. Roer, Esq.
    Nancy V. Wright, Esq.

Please enter this appearance and change the Court's records to reflect this change.

Dated:   New York, New York
         January 25, 2008

3103254.1

                                          WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                          DICKER LLP

                                          _____

                                          Ricki E. Roer [RER-9393]
                                          Nancy V. Wright [NVW-7834]
                                          Attorneys for Defendants
                                          **RUTH E. SMITH, M.D., JESS A. BUNSHAFT,**
                                          **ESQ., and ST. VINCENT'S CATHOLIC**
                                          **MEDICAL CENTERS**
                                          150 East 42nd Street
                                          New York, New York  10017-5639
                                          (212) 490-3000
                                          File No. 01538.00226

TO:    ROBERTO RIVERA
        Pro se petitioner
        82 LaSalle Drive
        Yonkers, New York 10710

3103254.1