UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __2/26/08__

ROBERTO RIVERA, M.D.,                    :

                    Plaintiff,              :

          -against-                       :

RUTH E. SMITH, M.D., et al.,             :

                    Defendants.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 3246 (BSJ) (AJP)

ORDER SCHEDULING
INITIAL PRETRIAL CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

          IT IS HEREBY ORDERED that a conference is scheduled for Wednesday,

March 5, 2008 at 2:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

          Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be

provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to

follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is

attached.

          SO ORDERED.

Dated:     New York, New York
          February 26, 2008

                                        _____
                                        Andrew J. Peck
                                        United States Magistrate Judge

Copies **by fax & ECF** to:     Roberto Rivera, M.D.
                              Nancy V. Wright, Esq.
                              Judge Barbara S. Jones

C:\ORD\Order Scheduling Status Conference