USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

ROBERTO RIVERA, M.D., :

        Plaintiff, :   07 Civ. 3246 (BSJ) (AJP)

    -against- :   RULE 16 IPRETRIAL
                                                                       CONFERENCE ORDER
RUTH E. SMITH, M.D., et al., :

        Defendants. :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

      Based on the Pretrial Conference pursuant to Rule 16, Fed. R. Civ. P., held on March 5, 2008 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

      1.    All fact and expert discovery must be completed by July 3, 2008. Mandatory initial disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P., is due March 12, 2008.

      2.    Each party will notify this Court by July 8, 2008 as to whether it intends to move for summary judgment. Summary judgment motions must be filed by July 25, 2008, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned.

      3.    The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned, by July 25, 2008 if neither party is moving

2

for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

4. A status conference will be held before the undersigned on March 27, 2008 at 9:30 a.m. in Courtroom 20D (500 Pearl Street).

5. The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED:   New York, New York
         March 5, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax** to:   Roberto Rivera, M.D.
                        Nancy V. Wright, Esq.
                        Judge Barbara S. Jones

C:\ORD\16RULES