# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, New York 10017-5639   Tel: (212) 490-3000   Fax: (212) 490-3038

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia •* **USDC SDNY** *Chicago*
*White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City,* **DOCUMENT**
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich •* *Wiesbaden* **ELECTRONICALLY FILED**
**DOC#** _____
**DATE FILED:** 6/30/08

www.wemed.com



June 27, 2008

**VIA FEDERAL EXPRESS**
The Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
500 Pearl St, Room 1370
New York, NY 10007

> **Re:**   **Roberto Rivera, M.D. v. Ruth Smith, M.D., Jess A. Bunshaft,**
> **and St. Vincent Catholic Medical Center**
> **Docket No.**       :       **07 CV 3246 (BSJ) (AJP)**
> **Our File No.**      :       **08987.00003**

Dear Judge Peck:

Please allow this letter to serve as a follow-up to the parties' telephone conference with Your Honor held on June 26, 2008.  I attempted to comply with the Court's request that I contact Fran Dirks to ascertain whether she would authorize plaintiff to disclose written communication between him and Fran Dirks, and learned that Ms. Dirks was on her way to the airport and would not be returning to the country until July 5, 2008.  In light of the forgoing, and to avoid further delay given our discovery deadline and impending deadline for summary judgment, we kindly request that plaintiff be directed to turn over the relevant communication forthwith.

Thank you for your attention and consideration in this matter.

Respectfully,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*Nancy V. Wright*
Nancy V. Wright

**MEMO ENDORSED**

NVW
cc:  Dr. Roberto Rivera (via Federal Express)

**BY FAX**

3276770.1

*[handwritten endorsement:]* SO ORDERED

Hon. Andrew Jay Peck

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

### Southern District of New York
### United States Courthouse
### 500 Pearl Street, Room 1370
### New York, N.Y. 10007-1312

Fax No.:          (212) 805-7933
Telephone No.:   (212) 805-0036

Dated:  __June 30, 2008__                Total Number of Pages: __2__

| TO | FAX NUMBER |
|---|---|
| Roberto Rivera, M.D. | 914-961-5729 |
| Nancy V. Wright, Esq. | 212-490-3038 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 6/30/08**

**Plaintiff was already so ordered and cited for contempt.  Make your motion along with SJ motion unless he first complies.**


**Copy to:    Judge Barbara S. Jones**