# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, New York 10017-5639   Tel: (212) 490-3000   Fax: (212) 490-3038

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago*
*White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich • Wiesbaden*

www.wemed.com

July 9, 2008

**VIA FACSIMILE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/14/08

The Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
500 Pearl St, Room 1370
New York, NY 10007

RECEIVED JUL -9 2008 CHAMBERS OF ANDREW J. PECK

Re:  Roberto Rivera, M.D. v. Ruth Smith, M.D., Jess A. Bunshaft, and St. Vincent Catholic Medical Center
Docket No.       :   07 CV 3246 (BSJ) (AJP)
Our File No.     :   08987.00003

Dear Judge Peck:

We represent the defendants in the referenced action. We are hereby renewing defendants' oral request made during one of our status conferences, for an extension of time to move for summary judgment. We have spoken with plaintiff and he has no objections to the requested extension or to the dates proposed below.

Defendants' motion papers are currently due by July 25, 2008. We are requesting an extension to August 8, 2008 because discovery just ended on July 3, 2008 and we have held nine depositions held to date, the transcripts of which we will need to review and incorporate into the summary judgment motion. Further, we received a total of four audio tapes from plaintiff just a week before the discovery deadline, which we have copied and are now in the process of transcribing. We therefore propose the following briefing schedule:

- Defendants' summary judgment motion is to be served and filed by August 8, 2008;
- Plaintiff's opposition papers are to be served and filed by August 29, 2008;
- Defendants' reply papers are to be served and filed by September 12, 2008;
- Defendants shall provide courtesy copies of the fully briefed motion to Judge Jones and Judge Peck.

We sincerely hope that this proposal meets with your approval. Thank you for your consideration in this matter.

Respectfully,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Nancy V. Wright

NVW:ev
3287551.1

Our File No. 01538.00226
Page 2

cc: The Honorable Barbara S. Jones (via Facsimile)
Dr. Roberto Rivera (via Federal Express and Facsimile)

**Transmit Confirmation Report**

P.1  
HON ANDREW J PECK SDNY Fax:212-805-7933    Jul  9 2008  04:05pm

| Name/Fax No. | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 919149615729 | Normal | 09.04:04pm | 0'30" | 3 | # O K | |

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:   (212) 805-7933
Telephone No.:   (212) 805-0036

Dated: July 9, 2008                              Total Number of Pages: 3

| TO | FAX NUMBER |
|---|---|
| Nancy V. Wright, Esq. | 212-490-3038 |
| Dr. Roberto Rivera | 914-961-5729 |
| | |
| | |
| | |
| | |

**Translation:**

Approved.

SO ORDERED:
Hon. Andrew J. Peck

cc: All Counsel (via fax)