USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

August 27, 2008

Honorable Judge Barbara S. Jones
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: 07-CV-3246
Rivera vs. Smith, Bunshaft and
St. Vincent's Catholic Medical Centers
<u>Letter of Stipulation Regarding New
Deadline for Opposition/Reply Papers
To Defendants' Summary Judgement
Motion</u>

Dear Judge Jones:

Please be advised that pursuant to an agreement reached between plaintiff and defendants in the aforenamed case, the parties are in agreement with one another in asking your permission to move each deadline for submission of opposition and reply papers back by one week. Thus the newly proposed deadlines would be as follows,

    New Deadline for Submission of
    Opposition to Summary Judgement
    Motion Papers:                  Friday, September 5, 2008

    New Deadline for Submission of
    Reply to Opposition to Summary
    Judgement Motion Papers:        Friday, September 19, 2008

subject to your approval.

Thanking you for your consideration of this matter,

Sincerely yours,

*Roberto Rivera*
Plaintiff, *pro se*
82 La Salle Drive
Yonkers, New York 10710
914-482-0734
Fax: 914-961-5729

Fax (973) 239-6731

cc Andrew Zwerling, Esq.

Of counsel, *the defendants*
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
150 East 42nd Street
New York, NY 10017
212-490-3000
Fax: 212-490-3038

*All above*
*R. Ring, M.D.*

Application Granted.

SO ORDERED
Dated: 9/2/08
*Barbara S. Jones*
BARBARA S. JONES
U.S.D.J.