# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd St., New York, NY 10017   Tel: (212) 490-3000   Fax: (212) 490-3038

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago*
*White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com

September 8, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/08
```

**VIA FACSIMILE (212) 805-6191**
The Honorable Barbara S. Jones
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St., Room 620
New York, New York 10007

Re:  Roberto Rivera, M.D. v. Ruth Smith, M.D., Jess A. Bunshaft,
and St. Vincent Catholic Medical Center
Docket No.: 07 CV 3246 (BSJ)(AJP))
Our File No. : 08987.00003

Dear Judge Jones:

We represent defendants in the above referenced action. In accordance with Your Honor's Individual Practices, defendants respectfully request an adjournment of the return date of Plaintiff's Motion for Issuance of a Preliminary Injunction Against the Medical Staff and Medical Board of St. Vincent's Catholic Medical Centers, originally returnable on September 12, 2008. Defendants respectfully request that the return date be adjourned to September 19, 2008 at 10:00 a.m., which is the same date that defendants' summary judgment motion is returnable before Your Honor. This is defendants' first request for an adjournment of this motion. Plaintiff consents to the adjournment.

Thank you for your courtesies in this matter. Please contact me if you have any questions.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Nancy V. Wright

NVW/ev

cc:  Roberto Rivera, MD (via facsimile (914) 961-5729)

*Application granted*

SO ORDERED
BARBARA S. JONES
U.S.D.J.
9/9/09

3348217.2