```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
RIVERA                               :
                                     :
                Plaintiff,           :
                                     :   07 CV 3246(BSJ)
         v.                          :
                                     :      Order
SMITH, et al.,                       :
                                     :
                Defendants.          :
                                     :
------------------------------------X
```

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

The Court is in receipt of Defendants' letter dated September 10, 2008 requesting an adjournment of the deadline for submission of Defendants' reply brief from September 12, 2008 to October 6, 2008. Defendants' request is hereby GRANTED; Defendants' reply will now be due on or before October 6, 2008.

SO ORDERED:

*[signature]*
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          September 11, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/08

1