```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
ROBERTO RIVERA, M.D.,               :
                                    :
                Plaintiff           :   07-CV-3246 (BSJ)
                                    :
           v.                       :
                                    :   ORDER
RUTH E. SMITH, ET AL.               :
                                    :
                Defendants.         :
                                    :
------------------------------------x
```

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

The Court is in receipt of Defendants' letter dated September 17, 2008 requesting an adjournment of the hearing date for Plaintiff's preliminary injunction from September 19, 2008 to October 6, 2008. Defendants' request is hereby granted. The hearing is now set for October 6, 2008 at 2 o'clock p.m.

SO ORDERED:

*[signature]*
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         September 17, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/08

1